

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00032-CR

Jose Luis **FLORES** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 2370
Honorable Enrique Fernandez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 28, 2016.

_____
Patricia O. Alvarez, Justice